**12-Person Jury**

FILED
12/26/2018 1:09 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2018L013857

ATTORNEY CODE # 04771

STATE OF ILLINOIS      )
                       ) SS:
COUNTY OF COOK         )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CATHAY SLIWA | ) |
| Plaintiff | ) |
| v. | ) NO. 2018L013857 |
| WALMART INC; | ) |
| Defendants | ) |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, CATHAY SLIWA, by her attorneys HORWITZ, HORWITZ AND ASSOCIATES, LTD., and complaining of the Defendant Walmart, Inc, alleges as follows:

1. That on or about January 2, 2017, and prior thereto, the Defendant(s) owned, possessed, managed, maintained, constructed, installed and controlled and/or had duty to possess, operate, manage, maintain, construct, install and control, both directly and indirectly, individually and through their agents, servants and employees, certain premises that included a certain Matt/Rug located at approximately Wal mart at the Hall Plaza 4626 W. Diversey, in the City of Chicago, County of Cook and State of Illinois.

2. That at aforesaid time and place, Plaintiff Cathay Sliwa was a customer at the store.

4. That the aforesaid Defendant(s) had a duty to exercise reasonable care for the safety of the Plaintiff.



DEFENDANT'S EXHIBIT B

5. That the aforesaid Defendant(s) were then and there guilty of one or more of the following acts and/or omissions:

    a) Failed to provide a safe rug/matt.

    b) Failed to properly maintain the rug/matt.

    c) Failed to adequately inspect the rug/matt.

    d) Failed to make the matt/rug level.

    e) Failed to adequately straighten the rug/matt.

    f) Failed to warn to prevent each of the aforementioned.

    h) Failed to correct each of the aforementioned.

    i) Failed to adequately train prevent the aforementioned.

    j) Failed to have an adequate policy to prevent the aforementioned.

    k) Failed to adequately preplan to prevent the aforementioned.

    l) Failed to provide adequate protocol and/or job site rules.

6. That at said time and place, Plaintiff fell due to said Matt/Rug.

7. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendant(s) was a proximate cause of said occurrence and Plaintiff(s) personal injuries as hereinafter mentioned.

8. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant(s), the Plaintiff then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attending to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned.

FILED DATE: 12/26/2018 1:09 PM    2018L013857

Further, that the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiff further expended and became liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff(s) demand judgment against the Defendant(s) in a dollar amount to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this action.

/s/ Clifford W. Horwitz

Clifford W. Horwitz
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

30257

| STATE OF ILLINOIS | ) |
|---|---|
| | ) SS: |
| COUNTY OF COOK | ) |

FILED
12/26/2018 1:09 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L013857

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

CATHAY SLIWA )
)
Plaintiff )
)
v. ) NO. 2018L013857
)
WALMART, INC )
)
)
)
Defendants )
)

### SUPREME COURT RULE 222(b) AFFIDAVIT

1. The undersigned, Clifford Horwitz, does hereby state under oath and under penalty of perjury:

2. My name is Clifford Horwitz

3. I represent the Plaintiff in the above-captioned case.

4. I have conducted an investigation into this case.

5. The Plaintiff is seeking damages in excess of $50,000.00

6. FURTHER AFFIANT SAYETH NOT

/s/Clifford W. Horwitz

_____

HORWITZ, HORWITZ AND ASSOCIATES, LTD.
Attorneys at Law
25 E. Washington, Suite 900
Chicago, Illinois 60602
(312) 372-8822, fax (312) 372-1673

30257

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS: | |
| COUNTY OF COOK | ) | |

FILED
12/26/2018 1:09 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L013857

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| CATHAY SLIWA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 2018L013857 |
| | ) | |
| WALMART, INC | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## JURY DEMAND

The undersigned demands a jury trial.

/s/ Clifford W. Horwitz

Clifford W. Horwitz
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com